3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case: 2:25-cr-20689<br>Assigned To : Edmunds, Nancy G.<br>Referral Judge: Patti, Anthony P.<br>Assign. Date : 9/16/2025<br>Description: IND USA V THOMAS TURNER (LLH) |
| v. | Violation: 18 U.S.C. § 922(o) |
| THOMAS TURNER, | |
| Defendant. / | |

**INDICTMENT**

THE GRAND JURY CHARGES:

**COUNT ONE**
18 U.S.C. § 922(o)
*Illegal Possession of a Machinegun*

On or about August 7, 2025, in the Eastern District of Michigan, Southern Division, Thomas Turner, knowingly possessed a machinegun, that is, a Glock 19, 9mm pistol equipped with a machine gun conversion device, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**FORFEITURE ALLEGATION**
18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in Count One of this Indictment are incorporated by reference to allege forfeiture under Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461(c).

Upon conviction of the offense charged in Count One, Defendant Thomas Turner shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461, any firearm or ammunition involved in or used in the defendant's knowing violation of said offenses, including but not limited to the following:

- One Glock 19, 9mm pistol;
- One large capacity 9mm magazine;
- An unknown machine gun conversion kit; and
- Assorted rounds of 9mm ammunition.

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON, JR.
United States Attorney

*s/ Craig F. Wininger*
Craig F. Wininger
Chief, Violent and Major Crimes Unit

*s/ Frances Lee Carlson*
Frances Lee Carlson
Assistant United States Attorney

Dated: September 16, 2025

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: 25-cr-20631 |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: Linda V. Parker |
| ☒ Yes  ☐ No | AUSA's Initials: _FL_ |

Case Title: USA v. Thomas Turner

County where offense occurred: Wayne

Check One:   ☒ Felony   ☐ Misdemeanor   ☐ Petty

____ Indictment/____ Information --- no prior compla
✓ Indictment/____ Information --- based upon prio
____ Indictment/____ Information --- based upon LCrl

Case: 2:25-cr-20689
Assigned To : Edmunds, Nancy G.
Referral Judge: Patti, Anthony P.
Assign. Date : 9/16/2025
Description: IND USA V THOMAS TURNER (LLH)

**Superseding Case Information**

Superseding to Case No: _____   Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

September 16, 2025
Date

s/ Frances Lee Carlson
Frances Lee Carlson
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9696
Fax:   313-226-2372
E-Mail address: Frances.Carlson@usdoj.gov
Attorney Bar #:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.